No. 13–03.   In the Matter of William G. Parker.   It appearing that the above-named attorney is a member of the Bar of this Court, that he was suspended indefinitely from the practice of law in Navy courts, to include the U.S. Navy-Marine Corps Court of Criminal Appeals by the Judge Advocate General of the Navy, that pursuant to Rule 15(b), Rules of Practice and Procedure, U.S. Court of Appeals for the Armed Forces, said attorney was suspended from the practice of law before the Court on July 16, 2013, and afforded 30 days to show cause why he should not be disbarred, and that no matters have been submitted by the said attorney, it is ordered that William G. Parker is hereby suspended indefinitely from the practice of law before this Court, effective this date.

Thursday, September 5, 2013

No. 13–0387/AR.   U.S. v. David M. Derjan.   CCA 20101039.   Appellant's motion to consider matters pursuant to *U.S. v. Grostefon*, 12 M.J. 431 (C.M.A. 1982) granted.

No. 13–0576/AR.   U.S. v. Ricky A. Walls.   CCA 20110501.   Appellant's motion to file the supplement to the petition for grant of review out of time granted.

No. 13–0610/AR.   U.S. v. Justin R. King.   CCA 20120886.   Appellant's motion for leave to file the supplement to the petition for grant of review out of time granted.

No. 13–0696/AR.   U.S. v. Phillip L. Bartie.   CCA 20111179.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review

granted, *up to and including September 19, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–0697/AR.  U.S. v. Patrick R. Criswell.  CCA 20110560. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including September 19, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–5010/AR.  U.S. v. Shawn M. Hines.  CCA 20120024.  Appellant's motion for leave to file a corrected joint appendix granted.

Monday, September 9, 2013

